UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CITY OF JACKSONVILLE, a Florida
municipal corporation,

    Plaintiff,

v.                                                                               Case No. 3:18-cv-751-J-32PDB

PURDUE PHARMA L.P., et al.,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff City of Jacksonville's motions to remand (Docs. 19, 36) and Defendants' Joint Motion to Stay Proceedings Pending Likely Transfer to MDL (Doc. 32). The Court has reviewed the motions to remand and stay and the associated papers.

The Court is willing and able to rule on the motions to remand in a timely fashion and will set a conditional hearing on the motions to remand for **October 24, 2018**. However, the Judicial Panel on Multidistrict Litigation ("JPML") is currently deciding whether to transfer this action to a multidistrict litigation pending in the Northern District of Ohio (the "MDL"), where the case would join other opioid-related actions. The Court will defer consideration of the motions to remand until the JPML decides whether to leave the case here, at least until the Court decides the motions to remand, or transfer it to the MDL.

Accordingly, it is hereby

**ORDERED:**

1. The Court **DEFERS** ruling on Plaintiff's motions to remand (Docs. 19, 36).

2. Defendants' Joint Motion to Stay Proceedings Pending Likely Transfer to MDL (Doc. 32) is **MOOT**.

3. A conditional hearing on Plaintiff's motions to remand (Docs. 19, 36) is hereby set for **October 24, 2018 at 10:00 A.M.** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] If the JPML has not decided whether this case should be transferred to the MDL by this date, the Court will reset the hearing.

4. The parties are free to advise the JPML of this Order. The parties shall file copies of pleadings filed with the JPML so the Court may stay informed regarding the status of the proceedings. The parties shall also notify the Court when the JPML reaches a decision regarding whether to transfer the case and shall file a copy of the JPML's opinion.

**DONE AND ORDERED** in Jacksonville, Florida the 22nd day of August, 2018.

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

Those attorneys, if any, whose motions to appear pro hac vice are pending may also present this Order to obtain permission to bring those items with them.

 

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record