# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CITY OF JACKSONVILLE, a Florida
municipal corporation,

    Plaintiff,

v.                                                                Case No. 3:18-cv-751-J-32PDB

PURDUE PHARMA L.P.,
Manufacturer Defendants, PURDUE
PHARMA INC., Manufacturer
Defendants, THE PURDUE
FREDERICK COMPANY, INC.,
Manufacturer Defendants, TEVA
PHARMACEUTICALS USA, INC.,
Manufacturer Defendants,
CEPHALON, INC., Manufacturer
Defendants, JOHNSON & JOHNSON,
Manufacturer Defendants, JANSSEN
PHARMACEUTICALS, INC.,
Manufacturer Defendants, ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
Manufacturer Defendants, ENDO
HEALTH SOLUTIONS INC.,
Manufacturer Defendants, ENDO
PHARMACEUTICALS, INC.,
Manufacturer Defendants, ALLERGAN
PLC, Manufacturer Defendants,
ACTAVIS, INC., Manufacturer
Defendants, WATSON
LABORATORIES, INC., Manufacturer
Defendants, ACTAVIS LLC,
Manufacturer Defendants, ACTAVIS
PHARMA, INC., Manufacturer
Defendants, INSYS THERAPEUTICS,
INC., Manufacturer Defendants,
MCKESSON CORPORATION,
Distributor Defendants, CARDINAL
HEALTH, INC., Distributor

Defendants, AMERISOURCEBERGEN DRUG CORPORATION, Distributor Defendants, ANDA, INC., Distributor Defendants, JOHN KAPOOR, Individual Defendants, MICHAEL BABICH, Individual Defendants, ALEC BURLAKOFF, Individual Defendants, KAREN HILL, Individual Defendants, and JOSEPH ROWAN, Individual Defendants,

    Defendants.

_____

# ORDER

On August 22, 2018, the Court entered an Order deferring ruling on Plaintiff City of Jacksonville's motions to remand (Docs. 19 & 36) until the JPML decides whether to leave this case here or transfer it to the MDL. (Doc. 43). Two days later, Plaintiff filed a Motion for Reconsideration of the Court's August 22, 2018 Order (Doc. 44), to which Defendants filed a response in opposition (Doc. 48).

Upon review, the Court finds that Plaintiff has not presented sufficient grounds to justify reconsideration, and Plaintiff's Motion for Reconsideration of the Court's August 22, 2018 Order (Doc. 44) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of September, 2018.

                                                    TIMOTHY J. CORRIGAN
                                                    United States District Judge

sj
Copies:

Counsel of record